# UNITED STATES DISTRICT COURT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

CASE NO: NO CASE NUMBER WAS PROVIDED

Annamarie Riethmiller

(Appellant)

Vs

Barak Obama, et al

(Appellees)

Case: 1:12-mc-00372
Assigned To : Unassigned
Assign. Date : 7/6/2012
Description: Miscellaneous

**FILED**

JUL - 6 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

NOTICE OF PERTINENT LAWS : THE SUPREMACY CLAUSE AND OTHER FUNDAMENTAL RIGHT LAWS HAVE BEEN INVOKED IN THIS MATTER AND REMAIN INVOKED.

## NOTICE OF APPEAL

Notice is hereby given that Annamarie Riethmiller, the Appellant in the above case, hereby appeals to the                                                                         the order dated June 11, 2012 by Lamerth, C.J. RCL of the United States District and Bankruptcy courts for the district of Columbia, for this court refusing in error to accept the Appellant's filing dated May 1, 2012, referring to Rule 5.1 (g), and stating "you must use your residence address per local rule 5:1(e)…".

A copy of such judgment is attached hereto.

Also attached is a copy of the front page of the complaint, showing clearly that the Appellant did write in her home address when she personally filed the matter on 1 May 2012 at the court and underneath had written "Due to illness unable to deal with the matter, therefore:" The Rule demands the home address be given, it was given and setting out the reason for an additional address is not lack of compliance with the rule.

RECEIVED
Mail Room

1

IL - 6 2012

The heading of the complaint further contained the warning that pertinent laws and in particular the Supremacy Clause of the Constitution of the United States of America ~~is invoked~~. has been invoked -

The matter was filed by the Appellant personally in court and Judge Laberth made his order on June 11, 2012, nearly seven weeks later, ample time for the court to have familiarized itself sufficiently to know fundamental rights protected by the Supremacy Clause of the United States were violated. Clear evidentiary proof of such violations was attached in the form of bundles of evidence.

The Appellant immediately upon receipt of the file back from the United States District and Bankruptcy Courts for the district of Columbia, took out the "Due to illness unable to deal with the matter, therefore:" as well as the address of the South African Embassy in Washington DC and again forwarded the matter to the court for issuing.

However, the reason why the Appellant also simultaneously appeals to the higher court the order of Lamberth, is that Lamberth erred: Lamberth is first and foremost bound by the Supremacy Clause of the United States and he should have applied his mind which on a simple exercise of reading the matter would have shown him that this is a matter dealing with fundamental individual rights protected by the Supremacy Clause of the United States of America.

Of all the structures in a society, individuals are the weakest, and often does not form part of an organized group in civil society, and quite rightly so, the entire Constitution of the United States of America is geared towards freedom of individuals to live their lives free from the yoke of either imperial or Marxist domination. Therefore, when a government decides to abuse an individual, a Federal violation of the Constitution of the United States of America, the place of safety for such person, in this case the Appellant, is the Federal court. In particular if such abuses violate pertinent laws, it is correct that the individual should be able to raise the Supremacy Clause to be read in conjunction with other safeguards against fundamental rights abuses, such as the Fourteenth Amendment to the Constitution of the United States of America, and find safety forthwith.

The Supremacy Clause demands that when inalienable rights are under threat or violated, that the court does all things necessary to stop the violations of the

2

supremacy clause immediately, and come to the assistance of victims of rights abuses to restore to them their fundamental rights. Constitutional provisions allow for counsel to be appointed to assist victims in defending their Constitutional Rights, a request the Appellant has made to all relevant forums, for a prolonged period of time, and also sought relief from this court in good faith and appoint such counsel.

Because the Appellant did provide her address she abided by the rule. Her health was at that time sufficiently compromised to make provision for assistance by the South Africa Embassy if she was to have prolonged cancer treatment and was unable to deal with the matters herself. As it turned out thus far the tests for life threatening disease came back negative and further tests are scheduled for July 2012. What the outcome will be remains uncertain even at this time.

It remains the duty of the appeal court to take notice that fundamental rights were violated and that the urgent appointment of counsel for the purpose of protecting and restoring such rights remain urgent and necessary.

The question before the appeal court is simple: when the Supremacy Clause on good evidence shown needs to be implemented, if a lesser rule such as splitting hairs whether a home address furnished, but with an additional address due to illness, if the lesser rule or the Supremacy Clause should prevail. It is the Appellant's contention that the Supremacy Clause implementation should have prevailed and Lamberth stood under a duty because of his oath to the Constitution of the United States of America, to have implemented the Supremacy Clause of the Constitution of the United States of America immediately.

Although not mentioned in the judgment by Lamberth, attached to the returned documents was a highlighted copy showing that only necessary appendixes could accompany filings. The Appellant believes that is what she had provided the court with. As it is a matter showing extreme abuse of power by government officials and constitutional crime, she believed the court should have all available details. This should however at no point be an issue which outweighs the Supremacy Clause of the United States of America invoked for good reason. The documents attached showed why it was invoked for good reason, such as Ezell illegally hi-jacking a court July 14, 2010 with the intent to deprive the Appellant of

fundamental rights, for which reason the Appellant had appended the local rules prohibiting magistrates from acting as he did. Further the order of Dunnigan more than a year an endless court cases later, issued September 13, 2011, "removing' Ezell's conduct as if it never happened, to safeguard him from being held accountable for his crime, but leaving the Appellant completely disenfranchised and deprived of fundamental rights.

The Appeal court must also know, that since the filing in the court appealed from on May 1, 2012, further extreme violations of human and women's rights took place. Until the United States of America examines the matter and deals with it, the Supremacy Clause of the United States failed to safeguard victims of abuse, a constitutionally unacceptable situation which must forthwith be corrected and the Appeal court must give the lower court the message through a judgment granting this appeal, that the Supremacy Clause of the United States of America is still supreme and must be adhered to by all judges, including Lamberth.

This done and signed at Bradenton, Florida, United States of America on ~~June 25~~ July 3, 2012.

ANNAMARIE D RIETHMILLER

1207 43rd St W, Bradenton, Fllorida, 34209, and in the event that the Appellant is unable to deal with the matter (she is having further testing July 2012):

THE SOUTH AFRICAN EMBASSY

For the attention of : Mr Ndlovu,

4301 Conneticut Av, NW, 220,

Washington DC, 20008

ANNAMARIE RIETHMILLER

Certificate of Service :

I hereby certify that on May 14, 2012, a true and correct copy of the above has been furnished by U.S. Mail/By Hand delivered to

4

President Barak Obama on behalf of the United States of America

1600 Pennsylvania Avenue NW,

Washington DC, 20500

And to:

The Attorney General for the United States of America

Department of Justice

Room 4400

950 Pennsylvania Ave NW,

Washington DC 20530-0001

And to:

The Republic of South Africa

c/o The South African Embassy

For the attention of : Mr Ndlovu,

4301 Conneticut Av, NW, 220,

Washington DC, 20008

And to

The Speaker of the House, Mr Boehner

H232, The Capitol

Washington DC, 20515


Copies for information to:

The President of the Assembly of State Parties

The Honorable Tiina Intelmann

P.O. Box 19519

2500 CM, The Hague

The Netherlands			And to:

The Prosecutor of the International Criminal Court

The Honorable Luis Moreno-Ocampo

Maanweg 174

2516 AB The Hague

The Netherlands			And to:

The Registrar of the International Court of Justice

The Honorable Mr Couvreur

Peace Palace

Cargenieplein 2

2517 KJ The Hague

The Netherlands

-------(signature)-------

AD RIETHMILLER

Certificate of Font Compliance

I certify that the lettering in this brief is Times New Roman 14-point Font and complies with the font requirement of Florida Rule of Appellate Procedure 9.210(a)(2).

-------(signature)-------

AD RIETHMILLER

UNITED STATES DISTRICT AND BANKRUPTCY
COURTS FOR THE DISTRICT OF COLUMBIA

Annamarie D. Riethmiller
_____
Plaintiff

v.

United States District
_____
Defendant

## ORDER

The papers in the above captioned matter are hereby returned to you for failure to comply with the Federal Rules of Civil Procedure, the Local Rules of this Court and/or the requirements of the Prison Litigation Reform Act of 1995. The papers are deficient in the following areas:

[ ] Your complaint **must** set forth the facts of your case and indicate what kind of relief you seek from the Court. The name of this Court **must** be written at the top of the first page. The word COMPLAINT **must** appear under the caption. All parties to the suit must be named in the caption. The use of et al. is **not** permitted as the rules require you to name each defendant as well as an address to effect service.

[ ] Your COMPLAINT **must** be typed or legibly handwritten. If you are requesting a jury trial, the demand **must** be stated in your complaint.

[ ] Your COMPLAINT **must** bear your original signature.

[ ] Application to proceed in forma pauperis **must** be completed and originally signed. (Enclosed)

[ ] You **must** file a Motion for Leave to File because: _____

[X] OTHER: See attach local Rule 5.1(g). You must use your residence address per local Rule 5.1(e). See filing instructions enclosed.

For the foregoing reasons, these papers are being returned unfiled. You may resubmit these papers to the Court, upon correction of the deficiency(ies) checked above. **DO NOT SEND PAPERS DIRECTLY TO ANY CHAMBERS.**

6/11/2012
Date

LAMBERTH, C.J. RCL
Chief Judge Royce C. Lamberth

U.S. District Court
333 Constitution Ave., N.W.
Washington, D.C. 20001

n \Forms\Pro Se Return Doc. Letter

UNITED STATES DISTRICT AND BACKRUPTCY COURT FOR THE DISTRICT OF COLUMBIA

ANNAMARIE D RIETHMILLER,
1207 43rd St W, Bradenton, Florida USA
Tel: 337-254-1451

Plaintiff,

~~Care of The South African Embassy, Attention: Mr A Nhlapo~~

Due to illness unable to deal with matter, therefore

4301 Conneticut Av, NW, 220,

Washington DC, 20008

Tel No:

by [illegible] 6/22/12
charged at request
of the court dated
6/11/12 per
Lamberth

Vs                                    Civil Action No:

THE UNITED STATES OF AMERICA,

  First Defendant,

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

and

THE EXECUTIVE OF THE UNITED STATES OF AMERICA, PRESIDENT BARAK OBAMA,

  Second Defendant,

The White House, 1600 Pennsylvania Ave NW, Washington DC, 20500

And

THE REPUBLIC OF SOUTH AFRICA,

  Third Defendant

4301 Conneticut Av, NW, 220, Washington DC, 20008

RECEIVED
MAY -1 2012
Clerk, U S District & Bankruptcy
Courts for the District of Columbia

3